Form Number LR 3015-1 A (12/15)

# CHAPTER 13 PLAN

Case No.: _____

| Debtor(s): | Amber Fox | SS#: xxx-xx-1284 | Net Monthly Earnings: | 443.22 |
| | Jeff Fox | SS#: xxx-xx-1168 | Number of Dependents: | 3 |

1. Plan Payments:
   ( **X** ) Debtor(s) propose to pay direct a total of $ **443.22**  ☐ weekly ☐ bi-weekly ☐ semi-monthly ☑ monthly into the plan; or
   (      ) Payroll deduction Order: To _____ for
   $ _____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly.

   Length of plan is **36** months, and the total debt to be paid through the plan is $**16,388.50**.

   ☑ Chapter 13 filing fees will be paid through the chapter 13 trustee assigned to the case.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| State of Alabama Dept of Rev | Taxes and certain other debts | $3,861.00 | na |

   B. Total Attorney Fee: $ **3,000.00** ; **$112.24** paid pre-petition; $**748.48** to be paid at confirmation and $ **370.00** per month from Dec 2016 thru Mar. 2017, then pro rata.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular Payment to be Paid (check box) | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months Included in Arrearage Amt. | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| Nationstar Mortgage | $94,882.79 | $941.70 by debtor | November 2016 | $3,000.00 | thru October 2016 | 0% | $93.75 |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin (Month/Year) |
|---|---|---|---|---|---|---|---|---|
| Capital One Auto Finance | $40.00 | $4,032.29 | $2,261.00 |  | 2009 Pontiac G6 150000 miles Vehicle: | 5.00% | $143.26 | April 2017 |
| Title Max | $9.00 | $1,065.05 | $655.00 | $276.00 | 1994 Buick Lesabre 101228 miles Vehicle: | 5.00% | $37.84 | April 2017 |

III. Other debts (**not shown in 1 or 2 above**) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| -NONE- | | | | |

IV. Special Provisions (check all applicable boxes):

   ☑ **This is amended plan replacing plan filed 11/8/16. This plan proposes to pay unsecured creditors $0.00 pro rata. Attorney fees for Debtors shall be paid with monthly fixed payments pursuant to administrative order 11.01. Holders of filed and allowed non-priority unsecured claims shall receive a pro rata share of $0.00 through the distribution of debtors chapter 13 plan. Payments made by the debtor for adequate protection payments, or other court costs, shall be credited toward chapter 13 plan payments due for the month in which such payment was made. Debtor proposes to surrender all interest in claims, causes of action, or lawsuits present now or that may arise during the pendency of this Chapter 13 plan above the claimed exemptions to the trustee for payment on the debts listed in this plan. Debtor will continue to pay pre petition and post petition utility service debt in the ordinary course of business in lieu of posting a deposit as adequate assurance of future payment under 11 USC Section 366 of the US Bankruptcy Code. Debtor acknowledges and agrees that the automatic stay imposed by 11 USC Section 362 does not bar a utility. Debtor shall remit all post petition tax refunds to the Chapter 13 Trustee during the pendency of this Chapter 13 plan for payment on their debts. In the alternative, on or before May 15 of each calendar year, Debtor may file a motion to modify the**

Form Number LR 3015-1 A (12/15)

**confirmed plan to increase the pro-rata share available to holders of non-priority unsecured claims over the remaining plan term by the amount of the tax refund retained by Debtor. At the time that Debtor files any such motion to modify, Debtor's plan payments must be substantially current and Debtor shall file with the court and serve upon the Chapter 13 Trustee a copy of the federal income tax return for the applicable year.**

Name/Address/Telephone/Attorney for Debtor (s)
**/s/Lois Beasley-Carlisle dba ASB E56L 9228**
**1621 Pinson St.**
**P.O. Box 170767**
**Tarrant, AL 35217-0767**
Telephone #   **205-841-4063**

Dated: **November 9, 2016**

**/s/ Amber Fox**
**Amber Fox**
Signature of Debtor
**/s/ Jeff Fox**
**Jeff Fox**
Signature of Debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                                       Best Case Bankruptcy